UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BARRON C. ARMSTRONG, et al., | : |
| Plaintiffs, | : Civil Action No: 1:16-cv-01664 |
| v. | : JUDGE DAN A. POLSTER |
| BROTHERHOOD OF LOCOMOTIVE ENGIN'RS & TRAINMEN-NA, et al. | : |
| Defendants. | : |

**MOTION FOR ADMISSION TO THE BAR OF THIS COURT *PRO HAC VICE***

Defendant, Norfolk Southern Railway Company, through its undersigned counsel moves for an order admitting Robert S. Hawkins, Esquire to appear and practice *pro hac vice* in this case and in support states as follows:

1. As set forth in his Certification, attached as Exhibit A, Mr. Hawkins is an attorney in the law firm of Buchanan Ingersoll & Rooney, PC. Mr. Hawkins' offices are located at 1290 Avenue of the Americas, 30th Floor, New York, NY 10104 and 50 S. 16th Street, Suite 3200, Philadelphia, Pennsylvania 19102.

2. Mr. Hawkins is a member in good standing of the bar of multiple courts including the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the Eastern District of New York, as well as the United States District Court for the Southern District of New York,

3. Mr. Hawkins is familiar with the facts and circumstances of this action and the local rules of this Court.

4. Mr. Hawkins is a registered user of ECF in the United States District Court for the Northern District of Ohio.

5. The required fee is being submitted with this motion.

WHEREFORE, Defendant, Norfolk Southern Railway Company, respectfully requests the *pro hac vice* admission of attorney Robert S. Hawkins to this Court for this action.

Respectfully submitted,

*s/ John B. Lewis*_____
John B. Lewis (0013156)
Dustin M. Dow (0089599)
BAKER & HOSTETLER LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114-1214
(215) 861-7496
jlewis@bakerlaw.com
ddow@bakerlaw.com

*Pending pro hac vice admission:*

Robert S. Hawkins
BUCHANAN INGERSOLL & ROONEY, PC
1290 Avenue of the Americas, 30th Floor
New York, NY 10104
(212) 440-4486
robert.hawkins@bipc.com

Andrew S. Rolfes
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
(215) 665-5308
andrew.rolfes@bipc.com

## **CERTIFICATE OF SERVICE**

I certify that on August 26, 2016, a true and correct copy of the foregoing was filed electronically and is available for viewing and downloading from the ECF system.

*s/ John B. Lewis*
John B. Lewis

*Attorney for Norfolk Southern Railway Company*