UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| BARRON C. ARMSTRONG, et al., | : <br> : <br> : <br> : Civil Action No: 1:16-cv-01664\ <br> : <br> Plaintiffs, : JUDGE DAN A. POLSTER <br> : <br> : <br> v. : <br> : <br> : <br> BROTHERHOOD OF LOCOMOTIVE <br> ENGIN'RS & TRAINMEN-NA, et al. <br><br> Defendants. |

## CERTIFICATION OF ROBERT S. HAWKINS

I, Robert S. Hawkins, hereby certify under penalty of perjury:

1. I am an attorney in the law firm of Buchanan Ingersoll & Rooney, P.C. My professional or business addresses, telephone and facsimile numbers and email address are:

>Buchanan Ingersoll & Rooney PC
>1290 Avenue of the Americas
>30th Floor
>New York, NY   10104
>Telephone: 212-440-4486
>Facsimile: 212-440-4401
>Email: robert.hawkins@bipc.com

609564203.1

>Buchanan Ingersoll & Rooney PC
>50 S. 16th Street, Suite 3200
>Philadelphia, PA 19102
>Telephone: 215-665-5301
>Facsimile: 215-665-8760
>Email: robert.hawkins@bipc.com

2. I am a member in good standing of the Bars of the Supreme Court of Pennsylvania, Bar I.D. No: 39862, admitted on November 22, 1983 and the Supreme Court of New York, Bar I.D. No. 4517868, admitted on July 18, 2007.

3. In addition, I have been admitted to the following jurisdictions:

| Jurisdiction | Date |
|---|---|
| Supreme Court of the United States | 2/22/05 |
| U.S. Court of Appeals for the Third Circuit | 2/25/86 |
| U.S. Court of Appeals for the Sixth Circuit | 6/12/06 |
| USDC for the Eastern District of Pennsylvania | 12/6/83 |
| USDC for the Middle District of Pennsylvania | 10/30/03 |
| USDC for the Western District of Pennsylvania | 9/15/14 |
| USDC for the Western District of Michigan | 8/20/93 |
| USDC for the Eastern District of Wisconsin | 6/25/04 |
| USDC for the Southern District of New York | 9/18/07 |
| USDC for the Northern District of New York | 9/18/07 |

4. I am a member of the Bar in good standing in every jurisdiction where I have been admitted to practice and have never been suspended or disbarred. *See* attached Certificate of Good Standing dated August 4, 2016.

5. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

6. I have not been convicted of any crimes.

609564203.1

7. I am familiar and agree to abide by the Local Rules of the United States District Court for the Northern District of Ohio and the Federal Rules of Civil Procedure.

8. I am a registered user of ECF in the United States District Court for the Northern District of Ohio.

Under penalties of perjury this 26th day of August 2016.

                        BUCHANAN INGERSOLL & ROONEY, P.C.

                By: /s/ Robert S. Hawkins
                     Robert S. Hawkins (PA I.D. No: 39862)
                     50 S. 16th Street, Suite 3200
                     Philadelphia, PA  19102
                     (215) 665-5301 (phone)
                     (215) 665-8760 (fax)
                     robert.hawkins@bipc.com