# CERTIFICATE  OF  GOOD  STANDING

UNITED  STATES  OF  AMERICA

EASTERN  DISTRICT  OF  PENNSYLVANIA  **}**

    I, Lucy V. Chin, Interim Clerk of the United States District Court for the Eastern District of Pennsylvania,

    DO HEREBY CERTIFY that Robert Samuel Hawkins, Bar #39862 was duly admitted to practice in said Court on December 6, 1983, and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania

                                      LUCY V. CHIN
                                      Interim Clerk of Court

on August 4, 2016.

                              BY: *Gail R. Olson*
                                   Gail R. Olson, Deputy Clerk