# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| BARRON C. ARMSTRONG, et al., | CIVIL ACTION NO:  1:16-cv-01664 |
| Plaintiffs, | |
| v. | JUDGE DAN A. POLSTER |
| BROTHERHOOD OF LOCOMOTIVE ENGINEERS AND TRAINMEN – NS SOUTHERN LINES GCA, et al. | [PROPOSED] ORDER GRANTING MOTION TO APPEAR PRO HAC VICE |
| Defendants. | |

The Court has considered the motion for admission *pro hac vice* of attorney **Robert S. Hawkins** in this case and here **GRANTS** the motion.

**IT IS SO ORDERED.**

Dated: _____

_____

United States District Judge