## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| BARRON C. ARMSTRONG, et al., | : |
| | : |
| | : Civil Action No:  1:16-cv-01664 |
| | : |
| Plaintiffs, | : JUDGE DAN A. POLSTER |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| BROTHERHOOD OF LOCOMOTIVE ENGIN'RS & TRAINMEN-NA, et al. | |
| | |
| Defendants. | |

### CERTIFICATION OF ANDREW J. ROLFES

I, Andrew J. Rolfes, hereby certify under penalty of perjury:

1.      I am an attorney in the law firm of Buchanan Ingersoll & Rooney, P.C.  My professional or business address, telephone and facsimile numbers and email address are:

> Buchanan Ingersoll & Rooney PC
> Two Liberty Place
> 50 S. 16th St., Ste. 3200
> Philadelphia, PA 19102
> Telephone: 215.665.5308
> Facsimile: 215.665.8760
> Email: Andrew.rolfes@bipc.com

609564166.1

2.      I am a member in good standing of the Bars of the District of Columbia Court of Appeals, Bar I.D. No. 444521; the Supreme Court of Pennsylvania, Bar I.D. No: 78809, admitted in 1996; U. S. Court of Appeals for the Third Circuit admitted in 1998; the U. S. Court of Appeals for the Sixth Circuit admitted in 2006; and the U. S. District Court for the Eastern District of Pennsylvania admitted in 1996.

3.      I am a member of the Bar in good standing in every jurisdiction where I have been admitted to practice and have never been suspended or disbarred.  *See* attached Certificate of Good Standing dated August 15, 2016.

4.      There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

5.      I have not been convicted of any crimes.

6.      I am familiar and agree to abide by the Local Rules of the United States District Court for the Northern District of Ohio and the Federal Rules of Civil Procedure.

7.      I am a registered user of ECF in the United States District Court for the Northern District of Ohio.

Under penalties of perjury this 26th day of August 2016.

BUCHANAN INGERSOLL & ROONEY, P.C.

By:      /s/  Andrew J. Rolfes
         Andrew J. Rolfes (PA I.D. No:  78809)
         50 S. 16th Street, Suite 3200
         Philadelphia, PA   19102
         (215) 665-5308 (phone)
         (215) 665-8760 (fax)
         andrew.rolfes@bipc.com