# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

EASTERN DISTRICT OF PENNSYLVANIA }

    I, Lucy V. Chin, Interim Clerk of the United States District Court for the Eastern District of Pennsylvania,

    DO HEREBY CERTIFY that Andrew J. Rolfes, Bar #78809 was duly admitted to practice in said Court on February 5, 1997, and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania          LUCY V. CHIN
                                                                      Interim Clerk of Court

on August 15, 2016.                                BY: *Gail R. Olson*
                                                                        Gail R. Olson, Deputy Clerk