# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| BARRON C. ARMSTRONG, et al., | |
| Plaintiffs, | CIVIL ACTION NO: 1:16-cv-01664 |
| v. | JUDGE DAN A. POLSTER |
| BROTHERHOOD OF LOCOMOTIVE ENGINEERS AND TRAINMEN – NS SOUTHERN LINES GCA, et al. | [PROPOSED] ORDER GRANTING MOTION TO APPEAR PRO HAC VICE |
| Defendants. | |

The Court has considered the motion for admission *pro hac vice* of attorney **Andrew J. Rolfes** in this case and here **GRANTS** the motion.

**IT IS SO ORDERED.**

Dated: _____      _____

United States District Judge